IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARIA J. MARTINEZ FERNANDEZ,**

    **Plaintiff,**

    **vs.**                                    **Civ. No. 18-477 MV/KK**

**SOCIAL SECURITY,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa, filed June 18, 2018. (Doc. 11.) The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) are adopted.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. 5) is **GRANTED.**

                                                                **MARTHA VÁZQUEZ**
                                                                 **United States District Judge**